UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10010-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELINER CAMARGO-OTANO, and
JESUS GARCIA-CORDERO,

    Defendants.
_____/

## ORDER DENYING THE GOVERNMENT'S PENDING MOTIONS *IN LIMINE*

THIS CAUSE comes before the Court *sua sponte*.

A review of the docket reveals that there are two pending motions in the above-styled case, which were filed on August 4, 2008—the Government's Motion *in Limine* Regarding Non-Hearsay A-Files (D.E. #23) and the Government's Motion *in Limine* to Exclude Defendant's Arguments on Legislative Branch Immigration Policies (D.E. #24). At the time these motions were filed, the case was set for trial on September 8, 2008 (D.E. #4). Since then, both Defendants have been transferred to fugitive status—Defendant Eliner Camargop-Otano on August 20, 2008 (D.E. #28) and Defendant Jesus Garcia-Cordero on April 21, 2009 (D.E. #47).[1]

---

[1] Defendant Jesus Garcia-Cordero's trial was reset for February 2, 2009 due to an impending hurricane (D.E. #30). Defendant failed to show up for his trial, and the Court entered an arrest warrant (D.E. #41).

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that the Government's Motion *in Limine* Regarding Non-Hearsay A-Files **(D.E. #23)** and the Government's Motion *in Limine* to Exclude Defendant's Arguments on Legislative Branch Immigration Policies **(D.E. #24)** be, and the same are hereby, **DENIED without prejudice to refile.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 6th day of May, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

<u>Counsel for the Government</u>
**H. Ron Davidson**
**Benjamin Daniel**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132

<u>Counsel for Defendants</u>
**Hector L. Flores**
Barzee Flores PA
169 E. Flagler Street
Suite 1200
Miami, FL 33131